# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 670 EAL 2015

               Petitioner      :

                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court

         v.                    :

ANTHONY R. PINKNEY,             :

               Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.